**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GRECKOWSKI CONSTRUCTION COMPANY, IN   §   Case No. 07-18224
                                             §
                                             §
Debtor(s)                                    §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 04, 2007. The undersigned trustee was appointed on November 07, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         9,402.64

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                                         0.00
   Administrative expenses                                    2,995.81
   Bank service fees                                            665.00
   Other payments to creditors                                    0.00
   Non-estate funds paid to 3rd Parties                           0.00
   Exemptions paid to the debtor                                  0.00
   Other payments to the debtor                                   0.00

   Leaving a balance on hand of [1]          $         5,741.83

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/28/2009 and the deadline for filing governmental claims was 04/01/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,690.26. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $819.15, for a total compensation of $819.15.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/12/2015            By: /s/NORMAN NEWMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-18224  
**Case Name:** GRECKOWSKI CONSTRUCTION COMPANY, IN  
**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 10/04/07 (f)  
**§341(a) Meeting Date:** 11/07/07  
**Period Ending:** 02/12/15  
**Claims Bar Date:** 04/28/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS | 19.00 | 19.00 | | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE | 104,174.00 | 104,174.00 | | 4,000.00 | FA |
| 3 | AUTOMOBILES AND OTHER VEHICLES | 29,000.00 | 0.00 | | 0.00 | FA |
| 4 | DOMAIN NAME FOR BUSINESS | 0.00 | 0.00 | | 0.00 | FA |
| 5 | OFFICE EQUIPMENT - DELL COMPUTER AND MONITOR | 0.00 | 0.00 | | 400.00 | FA |
| 6 | INVENTORY | 6,200.00 | 6,200.00 | | 0.00 | FA |
| 7 | PREFERENCE SETTLEMENT- HILLSIDE LUMBER (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.64 | Unknown |
| 8 | Assets Totals (Excluding unknown values) | **$144,393.00** | **$115,393.00** | | **$9,402.64** | **$0.00** |

**Major Activities Affecting Case Closing:**

Employed special counsel to pursue receivables and two preference complaints. Awaiting settlement funds.

**Initial Projected Date Of Final Report (TFR):** July 31, 2008  **Current Projected Date Of Final Report (TFR):** September 30, 2014

Printed: 02/12/2015 09:50 AM  V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-18224
**Case Name:** GRECKOWSKI CONSTRUCTION COMPANY, IN
**Taxpayer ID #:** **-***2117
**Period Ending:** 02/12/15

**Trustee:** NORMAN NEWMAN (330270)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****08-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/23/08 | {5} | Scott L. Cherry | Dell Computer DEPOSIT CHECK #2853 | 1129-000 | 400.00 | | 400.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.01 | | 400.01 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.05 | | 400.06 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.05 | | 400.11 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.05 | | 400.16 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.04 | | 400.20 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.05 | | 400.25 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.04 | | 400.29 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.03 | | 400.32 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 400.34 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 400.35 |
| 02/10/09 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2009 FOR CASE #07-18224, Bond #016026455 | 2300-000 | | 0.33 | 400.02 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 400.03 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 400.04 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 400.05 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 400.06 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 400.07 |
| 07/17/09 | {2} | C.L. DAUGVILA | ACCOUNT RECEIVABLE DEPOSIT CHECK #3886 | 1121-000 | 4,000.00 | | 4,400.07 |
| 07/21/09 | 1002 | David R. Herzog | Special Counsel Fees | 3991-000 | | 1,320.00 | 3,080.07 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 3,080.13 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,080.25 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,080.37 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,080.49 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,080.61 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,080.73 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,080.85 |
| 02/19/10 | 1003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2010 FOR CASE #07-18224, Bond #016026455 | 2300-000 | | 2.77 | 3,078.08 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 3,078.19 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,078.32 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.02 | | 3,078.34 |
| 04/06/10 | | Transfer to Acct #000960130865 | Bank Funds Transfer Wire out to BNYM | 9999-000 | | 3,078.34 | 0.00 |

Subtotals :   $4,401.44   $4,401.44

{} Asset reference(s)

Printed: 02/12/2015 09:50 AM   V.13.21

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-18224  
**Case Name:** GRECKOWSKI CONSTRUCTION COMPANY, IN

**Taxpayer ID #:** **-***2117  
**Period Ending:** 02/12/15

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****08-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | account 000960130865 | | | | |
| | | | ACCOUNT TOTALS | | 4,401.44 | 4,401.44 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,078.34 | |
| | | | **Subtotal** | | 4,401.44 | 1,323.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,401.44** | **$1,323.10** | |

{} Asset reference(s)

Printed: 02/12/2015 09:50 AM   V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 07-18224  
**Case Name:** GRECKOWSKI CONSTRUCTION COMPANY, IN  
**Taxpayer ID #:** **-***2117  
**Period Ending:** 02/12/15  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** THE BANK OF NEW YORK MELLON  
**Account:** ****-******08-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Transfer from Acct #312960130865 | Bank Funds Transfer Wire out to BNYM account 000960130865 | 9999-000 | 3,078.34 | | 3,078.34 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 3,078.48 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 3,078.67 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 3,078.84 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 3,079.03 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 3,079.20 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,079.22 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,079.24 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,079.26 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,079.28 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,079.30 |
| 02/15/11 | 11004 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #07-18224, Bond #016026455 | 2300-000 | | 2.92 | 3,076.38 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,076.40 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,076.42 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,076.44 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,076.46 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,076.48 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,076.50 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,076.52 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,051.52 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,051.54 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,026.54 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,026.56 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,001.56 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,001.58 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,976.58 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,976.60 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,951.60 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,951.62 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,926.62 |
| 02/07/12 | 11005 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #07-18224, Bond#016026455 | 2300-000 | | 2.38 | 2,924.24 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,899.24 |

Subtotals : $3,079.54 $180.30

{} Asset reference(s)  
Printed: 02/12/2015 09:50 AM V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-18224　　　　　　　　　　　　　　　　　　**Trustee:** NORMAN NEWMAN (330270)
**Case Name:** GRECKOWSKI CONSTRUCTION COMPANY, IN　　**Bank Name:** THE BANK OF NEW YORK MELLON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Account:** ****-******08-65 - Checking Account
**Taxpayer ID #:** **-***2117　　　　　　　　　　　　　　　　**Blanket Bond:** $5,000,000.00 (per case limit)
**Period Ending:** 02/12/15　　　　　　　　　　　　　　　　　**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,874.24 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,849.24 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,824.24 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,799.24 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,774.24 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,749.24 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,724.24 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,699.24 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,674.24 |
| 12/31/12 | | THE BANK OF NEW YORK MELLON | Bank Service Charge | 2600-000 | | 25.00 | 2,649.24 |
| 01/09/13 | | Transfer to Acct #2221644194 | Bank Funds Transfer | 9999-000 | | 2,649.24 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,079.54 | 3,079.54 | $0.00 |
| | | | Less: Bank Transfers | | 3,078.34 | 2,649.24 | |
| | | | **Subtotal** | | **1.20** | **430.30** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.20** | **$430.30** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 02/12/2015 09:50 AM　　V.13.21

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 07-18224 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | GRECKOWSKI CONSTRUCTION COMPANY, IN | | Bank Name: | ASSOCIATED BANK |
| | | | Account: | ********94 - Checking Account |
| Taxpayer ID #: | **-***2117 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/12/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/09/13 | | Transfer from Acct #000960130865 | Bank Funds Transfer | 9999-000 | 2,649.24 | | 2,649.24 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,639.24 |
| 02/15/13 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond #016026455 | 2300-000 | | 1.88 | 2,637.36 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,627.36 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,617.36 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,607.36 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,597.36 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,587.36 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,577.36 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,567.36 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,557.36 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,547.36 |
| 12/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,537.36 |
| 12/13/13 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | 9999-000 | | 2,537.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **2,649.24** | **2,649.24** | **$0.00** |
| | | | Less: Bank Transfers | | 2,649.24 | 2,537.36 | |
| | | | **Subtotal** | | **0.00** | **111.88** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$111.88** | |

{} Asset reference(s)                                                                                                             Printed: 02/12/2015 09:50 AM    V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 07-18224  
**Case Name:** GRECKOWSKI CONSTRUCTION COMPANY, IN  
**Taxpayer ID #:** **-***2117  
**Period Ending:** 02/12/15  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/13/13 | | RABOBANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 2,537.36 | | 2,537.36 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,527.36 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,517.36 |
| 02/10/14 | 20101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2014 FOR CASE #07-18224, Bond #016026455 | 2300-000 | | 2.20 | 2,515.16 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,505.16 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,495.16 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,485.16 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,475.16 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,465.16 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,455.16 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,445.16 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,435.16 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,425.16 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,415.16 |
| 12/05/14 | {7} | Zicardi Law Offices | Settlement of Preference Action (unscheduled) | 1241-000 | 5,000.00 | | 7,415.16 |
| 12/18/14 | 20102 | David Herzog | Payment to Special Counsel pursuant to Order dated 9-30-08 plus $13.33 balance owed from settlement - Order dated 5-21-09 | 3991-000 | | 1,663.33 | 5,751.83 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,741.83 |
| 02/11/15 | 20103 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #07-18224, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 2.12 | 5,739.71 |
| 02/11/15 | 20103 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #07-18224, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -2.12 | 5,741.83 |
| | | | **ACCOUNT TOTALS** | | 7,537.36 | 1,795.53 | **$5,741.83** |
| | | | Less: Bank Transfers | | 2,537.36 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 1,795.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$1,795.53** | |

{} Asset reference(s)

Printed: 02/12/2015 09:50 AM    V.13.21

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 07-18224
**Case Name:** GRECKOWSKI CONSTRUCTION COMPANY, IN

**Trustee:** NORMAN NEWMAN (330270)
**Bank Name:** RABOBANK, N.A.
**Account:** ******0966 - Checking Account

**Taxpayer ID #:** **-***2117
**Period Ending:** 02/12/15

**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****08-65** | 4,401.44 | 1,323.10 | 0.00 |
| **Checking # ****-******08-65** | 1.20 | 430.30 | 0.00 |
| **Checking # ********94** | 0.00 | 111.88 | 0.00 |
| **Checking # ******0966** | 5,000.00 | 1,795.53 | 5,741.83 |
|  | $9,402.64 | $3,660.81 | $5,741.83 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 28, 2009

**Case Number:** 07-18224  
**Debtor Name:** GRECKOWSKI CONSTRUCTION COMPANY, IN

Page: 1

**Date:** February 12, 2015  
**Time:** 09:50:33 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A 200 | NORMAN B. NEWMAN, TRUSTEE<br>Much Shelist, P.C.<br>191 N. Wacker Drive, #1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $1,690.26 | $0.00 | 1,690.26 |
| MS-E 200 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $56.10 | $0.00 | 56.10 |
| MS-F 200 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $9,601.50 | $0.00 | 9,601.50 |
| USCLERK 200 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | Deferred fees for Adversary No. 09-00905 | $250.00 | $0.00 | 250.00 |
| USCLERK 200 | United States Bankrutpcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Admin Ch. 7 | Deferred fees for Adversary No. 09-00906 | $250.00 | $0.00 | 250.00 |
| DH 300 | David Herzog<br>Herzgo & Schwartz<br>77 W. Washington, #1717<br>Chicago, IL 60602 | Admin Ch. 7 | | $2,983.33 | $2,983.33 | 0.00 |
| 000002A 540 | BARBARA & EMRE KANDEMIR<br>Johnson & Newby<br>39 S. LaSalle St., Suite 820<br>Chicago, IL 60603 | Priority | | $4,850.00 | $0.00 | 4,850.00 |
| 000001 610 | HINSDALE BANK & TRUST COMPANY<br>25 E. First St.<br>Hinsdale, IL 60521 | Secured | | $40,170.60 | $0.00 | 40,170.60 |
| 000010 610 | GURTNER PLUMBING, INC.<br>6912 W. 15th St.<br>Berwyn, IL 60402 | Secured | | $15,025.00 | $0.00 | 15,025.00 |
| 000002B 610 | BARBARA & EMRE KANDEMIR<br>Johnson & Newby<br>39 S. LaSalle St., Suite 820<br>Chicago, IL 60603 | Unsecured | | $32,500.00 | $0.00 | 32,500.00 |
| 000003 610 | DESIGNERS DRYWALL<br>962 Grove St.<br>Aurora, IL 60505 | Unsecured | | $4,960.00 | $0.00 | 4,960.00 |
| 000004 610 | DELAVAN FLOORING & INSTALLATION<br>1205 Asbury Ct.<br>Algonquin, IL 60102 | Unsecured | (4-1) Address modified 2/17/09 | $28,676.00 | $0.00 | 28,676.00 |
| 000005 610 | DONEGAL DISPOSALS, LLC<br>4240 Lacey Rd<br>Downers Grove, IL 60515 | Unsecured | | $4,100.00 | $0.00 | 4,100.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 28, 2009

**Case Number:** 07-18224  
**Debtor Name:** GRECKOWSKI CONSTRUCTION COMPANY, IN

Page: 2

**Date:** February 12, 2015  
**Time:** 09:50:33 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006 610 | DONEGAL DISPOSALS, LLC<br>4240 Lacey Rd<br>Downers Grove, IL 60515 | Unsecured | THIS IS A DUPLICATE CLAIM TO CLAIM NO. 5. | $0.00 | $0.00 | 0.00 |
| 000007 610 | DANIEL PITELKA<br>Plastering & Stucco, Inc.<br>718 Prairie Ave.<br>Downers Grove, IL 60515 | Unsecured | | $5,700.00 | $0.00 | 5,700.00 |
| 000008 610 | SCOTT GRAFF & DEANNE GRAFF<br>c/o Rathje & Woodward Esq<br>300 East Roosevelt Rd Ste 300<br>Wheaton, IL 60187 | Unsecured | (8-1) Breach of Contract | $153,050.63 | $0.00 | 153,050.63 |
| 000009 610 | CLINGEN CALLOW & MCLEAN<br>c/o Timothy M McLean,S A Marderosian<br>2100 Manchester Rd., Ste. 1750<br>Wheaton, IL 60187 | Unsecured | | $10,711.62 | $0.00 | 10,711.62 |
| 000011 610 | FORECAST HEATING & COOLING, INC.<br>P.O. Box 388<br>Chicago Ridge, IL 60415-0388 | Unsecured | | $9,060.00 | $0.00 | 9,060.00 |
| 000012 610 | WILLIAM G ENGELHARD<br>Mary C Greuel<br>153 N Edgewood Ave<br>Lagrange, IL 60525 | Unsecured | | $28,433.27 | $0.00 | 28,433.27 |
| 000013 610 | FUES, JASON AND MARIA<br>620 Prairie Ave.<br>Glen Ellyn, IL 60137 | Unsecured | | $25,300.00 | $0.00 | 25,300.00 |
| 000014 620 | RIDGELAND MASONRY<br>P.O. Box 223<br>Chicago Ridge, IL 60415 | Unsecured | | $8,755.00 | $0.00 | 8,755.00 |
| **<< Totals >>** | | | | 386,123.31 | 2,983.33 | 383,139.98 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 07-18224
Case Name: GRECKOWSKI CONSTRUCTION COMPANY, IN
Trustee Name: NORMAN NEWMAN

**Balance on hand:** $ 5,741.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | HINSDALE BANK & TRUST COMPANY | 40,170.60 | 40,170.60 | 0.00 | 0.00 |
| 000010 | GURTNER PLUMBING, INC. | 15,025.00 | 15,025.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,741.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 1,690.26 | 0.00 | 819.15 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 9,601.50 | 0.00 | 4,653.17 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 56.10 | 0.00 | 27.19 |
| Charges, U.S. Bankruptcy Court | 500.00 | 0.00 | 242.32 |

Total to be paid for chapter 7 administration expenses: $ 5,741.83
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,850.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000002A | BARBARA & EMRE KANDEMIR | 4,850.00 | 0.00 | 0.00 |
| | Total to be paid for priority claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 302,491.52 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000002B | BARBARA & EMRE KANDEMIR | 32,500.00 | 0.00 | 0.00 |
| 000003 | DESIGNERS DRYWALL | 4,960.00 | 0.00 | 0.00 |
| 000004 | DELAVAN FLOORING & INSTALLATION | 28,676.00 | 0.00 | 0.00 |
| 000005 | DONEGAL DISPOSALS, LLC | 4,100.00 | 0.00 | 0.00 |
| 000007 | DANIEL PITELKA | 5,700.00 | 0.00 | 0.00 |
| 000008 | SCOTT GRAFF & DEANNE GRAFF | 153,050.63 | 0.00 | 0.00 |
| 000009 | CLINGEN CALLOW & MCLEAN | 10,711.62 | 0.00 | 0.00 |
| 000011 | FORECAST HEATING & COOLING, INC. | 9,060.00 | 0.00 | 0.00 |
| 000012 | WILLIAM G ENGELHARD | 28,433.27 | 0.00 | 0.00 |
| 000013 | FUES, JASON AND MARIA | 25,300.00 | 0.00 | 0.00 |
| | Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 8,755.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | RIDGELAND MASONRY | 8,755.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**