## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | **Chapter 7** |
| | ) | **Case No. 07 B 18224** |
| **GRECKOWSKI CONSTRUCTION** | ) | **Hon.  Carol A. Doyle** |
| **COMPANY, INC.** | ) | **Hearing: Thurs., 3/12/15** |
| Debtor. | ) | **at 10:30 a.m.** |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, March 12, 2015 at 10:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Carol A. Doyle or any other Judge sitting in her stead, in **Courtroom 742**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation and Expenses,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee for the estate of Greckowski Construction Company, Inc.

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Phone: (312) 521-2000

## CERTIFICATE OF SERVICE

I, Norman B. Newman, an attorney, hereby certify that I served copies of the foregoing Notice together with attachments via electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filings to those individuals listed on the attached service list on February 12, 2015.

/s/Norman B. Newman

## SERVICE LIST

Office of the U.S. Trustee
219 South Dearborn Street
Suite 873
Chicago, IL  60604

John Lipinsky
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, IL 60532

Kevin M. Carrara
Rathje & Woodward, LLC
300 E. Roosevelt Road
P.O. Box 786
Wheaton, IL 60189

Joseph Hudson
Assistant State's Attorney
69 W. Washington Street
Suite 930
Chicago, IL 60602

David R. Herzog
Herzog & Schwartz, P.C.
77 West Washington
Suite 1717
Chicago, IL  60602

5405815_1

EXHIBIT E

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In re | | ) | Chapter 7 |
| | | ) | |
| GRECKOWSKI | CONSTRUCTION | ) | Case No. 07-18224 CAD |
| COMPANY, IN | | ) | |
| | | ) | Hon. CAROL A. DOYLE |

## TRUSTEE'S APPLICATION FOR
## COMPENSATION AND EXPENSES

To:    THE HONORABLE CAROL A. DOYLE

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $1,690.26 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I.   COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $9,402.64. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 440.26 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 0.00 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| | | | |
| TOTAL COMPENSATION | $ | 1,690.26 | |

## II.  TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.

Dated: January 26, 2015

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS

# M U C H  *S H E L I S T*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Greckowski Construction Co.
c/o Norman B. Newman
191 N. Wacker Dr.
Suite 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **01/22/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0006837.0009**

08 - Trustee Matters

## FEES  THROUGH JANUARY 22, 2015

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 04/16/08 | NBN | Telephone conference with D. Herzog regarding meeting to discuss employment to handle prosecution of account receivable claims (.20); telephone call with D. Greco regarding replacement check (.20). | 0.40 |
| 05/19/08 | NXS | Reconcile bank statements. | 0.20 |
| 06/09/08 | NXS | Reconcile bank statements. | 0.20 |
| 06/23/08 | NBN | Discussion with and review correspondences from D. Herzog regarding employment as special counsel. | 0.30 |
| 08/07/08 | NBN | Telephone conference with D. Herzog regarding motion to vacate DWP in DuPage County case. | 0.20 |
| 08/15/08 | NBN | Review order vacating DWP in Daugvila case. | 0.20 |
| 08/18/08 | NBN | Telephone conference with D. Herzog re: defense raised by Dauvilla and review other claims. | 0.50 |
| 09/08/08 | NBN | Telephone conference with D. Herzog regarding meeting on 9/10 to discuss receivables. | 0.20 |
| 09/10/08 | NBN | Meet with D. Herzog regarding Daugvilla mechanics lien action and possible avoidance actions and letter to D. Herzog regarding SOFA and check registers. | 1.20 |
| 01/26/09 | NBN | Review notice fixing time to file claims. | 0.20 |
| 03/20/09 | NBN | Discussion with D. Herzog regarding offer on mechanics lien claim. | 0.20 |
| 03/24/09 | NBN | Review claims register. | 0.40 |
| 04/08/09 | NBN | Telephone conference with call D. Herzog regarding settling mechanic lien action. | 0.20 |

**PLEASE SEND PAYMENT TO:**                              **Payment due within 30 days of invoice**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

**QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com                      thinking business, practicing law.

# **M U C H** *S H E L I S T*



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Greckowski Construction Co.
c/o Norman B. Newman
191 N. Wacker Dr.
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **01/22/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0006837.0009**

08 - Trustee Matters

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 04/27/09 | NBN | Correspondences with D. Herzog regarding mechanic lien litigation settlement. | 0.20 |
| 04/28/09 | NBN | Telephone conference with D. Herzog regarding settlement of mechanic's lien litigation. | 0.20 |
| 04/29/09 | NBN | Review motion to settle mechanics lien litigation. | 0.20 |
| 04/30/09 | NBN | Review claims register and correspondences with D. Herzog regarding possible preference action. | 0.50 |
| 05/26/09 | NBN | Review order granting motion to compromise controversy. | 0.20 |
| 06/24/09 | NBN | Review Release of Mechanics lien regarding Daugvilla settlement. | 0.20 |
| 06/26/09 | NBN | Letter to D. Herzog regarding Daugvilla release. | 0.20 |
| 07/14/09 | NBN | Telephone conference with D. Herzog regarding Daugvita settlement check. | 0.20 |
| 07/16/09 | NBN | Review Daugvila settlement proceeds. | 0.20 |
| 07/21/09 | NBN | Meet with D. Herzog regarding Daugvilla settlement and filing preference actions. | 0.30 |
| 09/25/09 | NBN | Telephone conference with D. Herzog regarding filing preference actions (.20); provide check information on Gurtner claim (.30). | 0.50 |
| 09/29/09 | NBN | Review preference complaints vs. Hillside Lumber and Gurtner Plumbing. | 0.40 |
| 11/06/09 | NBN | Review orders continuing preference actions. | 0.30 |
| 12/04/09 | NBN | Telephone conference with D. Herzog regarding supporting documents for lawsuits. | 0.20 |
| 12/09/09 | NBN | Review outcome of preference action status hearings (.20); telephone call with D. Herzog regarding regarding checks needed (.20). | 0.40 |

**PLEASE SEND PAYMENT TO:**                    **Payment due within 30 days of invoice**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

**QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com                    thinking business, practicing law.

# M U C H   *S H E L I S T*



191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Greckowski Construction Co.
c/o Norman B. Newman
191 N. Wacker Dr.
Suite 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **01/22/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0006837.0009**

08 - Trustee Matters

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 03/03/10 | NBN | Review outcome of motion to dismiss Hillside preference case (.20); telephone call with D. Herzog regarding offer to settle (.20). | 0.40 |
| 05/05/10 | NBN | Discussion with D. Herzog regarding Gurtner summary judgment motion. | 0.20 |
| 05/06/10 | NBN | Review order on motion for summary judgment and re-setting of status hearing. | 0.20 |
| 06/07/10 | NBN | Review new status date on complaints. | 0.20 |
| 07/22/10 | NBN | Telephone conference with D. Herzog regarding dismissing Gertner complaint. | 0.20 |
| 09/02/10 | NBN | Review latest pleadings on Hillside Lumber preference action. | 0.20 |
| 12/07/10 | NBN | Correspondences with D. Herzog regarding Hillside preference action group to trial and review order regarding same. | 0.30 |
| 04/26/11 | NBN | Telephone conference with D. Herzog regarding settlement of Hillside Lumber case. | 0.20 |
| 05/02/11 | NBN | Review Hillside Lumber pre-trial order (.10); discussion settlement with D. Herzog (.10). | 0.20 |
| 05/09/11 | NBN | Review DWP order and correspondences with D. Herzog regarding settlement (.30); review order vacating DWP (.20). | 0.50 |
| 10/07/11 | NBN | Telephone conference with D. Herzog regarding status of settlement payments. | 0.20 |
| 11/12/12 | NBN | Telephone conference with D. Herzog regarding filing complaint to enforce settlement. | 0.20 |
| 03/13/13 | NBN | Review notice of 5/22 status of hearing and correspondences with D. Herzog. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH *SHELIST*



191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Greckowski Construction Co.
c/o Norman B. Newman
191 N. Wacker Dr.
Suite 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **01/22/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0006837.0009**

08 - Trustee Matters

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 08/05/13 | NBN | Telephone conference with attorney for Hillside Lumber regarding settlement and correspondences with D. Herzog. | 0.30 |
| 08/07/13 | NBN | Correspondences with D. Herzog regarding enforcing settlement vs. Hillside Lumber. | 0.30 |
| 07/30/14 | NBN | Correspondences with D. Herzog regarding status hearing and complaint to be filed. | 0.20 |
| 09/22/14 | NBN | Telephone conference with D. Herzog regarding status of lawsuit for breach of settlement | 0.20 |
| 12/04/14 | NBN | Telephone conference with D. Herzog regarding receipt of Hillside Lumber settlement funds, | 0.20 |
| 12/05/14 | NBN | Review letter from D. Herzog and Hillside Lumber settlement check. | 0.20 |
| 12/16/14 | NBN | Telephone conference with D. Herzog regarding payment of fees. | 0.20 |
| | | **Total Hours** | **13.50** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.