# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: GREKOWSKI CONSTRUCTION COMPANY, IN    §   Case No. 07-18224
                                              §
                                              §
Debtor(s)                                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
7th Floor
Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 03/12/2015 in Courtroom 742, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  02/12/2015          By:  /s/ Norman B. Newman
                                                                                                       Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GRECKOWSKI CONSTRUCTION COMPANY, IN    § Case No. 07-18224
§
§
Debtor(s)    §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,402.64 |
| *and approved disbursements of* | $ 3,660.81 |
| *leaving a balance on hand of* [1] | $ 5,741.83 |
| **Balance on hand:** | $ 5,741.83 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | HINSDALE BANK & TRUST COMPANY | 40,170.60 | 40,170.60 | 0.00 | 0.00 |
| 000010 | GURTNER PLUMBING, INC. | 15,025.00 | 15,025.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    5,741.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 1,690.26 | 0.00 | 819.15 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 9,601.50 | 0.00 | 4,653.17 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 56.10 | 0.00 | 27.19 |
| Charges, U.S. Bankruptcy Court | 500.00 | 0.00 | 242.32 |

Total to be paid for chapter 7 administration expenses:    $    5,741.83
Remaining balance:    $    0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,850.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | BARBARA & EMRE KANDEMIR | 4,850.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 302,491.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | BARBARA & EMRE KANDEMIR | 32,500.00 | 0.00 | 0.00 |
| 000003 | DESIGNERS DRYWALL | 4,960.00 | 0.00 | 0.00 |
| 000004 | DELAVAN FLOORING & INSTALLATION | 28,676.00 | 0.00 | 0.00 |
| 000005 | DONEGAL DISPOSALS, LLC | 4,100.00 | 0.00 | 0.00 |
| 000007 | DANIEL PITELKA | 5,700.00 | 0.00 | 0.00 |
| 000008 | SCOTT GRAFF & DEANNE GRAFF | 153,050.63 | 0.00 | 0.00 |
| 000009 | CLINGEN CALLOW & MCLEAN | 10,711.62 | 0.00 | 0.00 |
| 000011 | FORECAST HEATING & COOLING, INC. | 9,060.00 | 0.00 | 0.00 |
| 000012 | WILLIAM G ENGELHARD | 28,433.27 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | FUES, JASON AND MARIA | 25,500.00 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 | |
| Remaining balance: | $ | 0.00 | |

Tardily filed claims of general (unsecured) creditors totaling $ 8,755.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | RIDGELAND MASONRY | 8,755.00 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 | |
| Remaining balance: | $ | 0.00 | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 | |
| Remaining balance: | $ | 0.00 | |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Greckowski Construction Company, Inc.  
    Debtor

Case No. 07-18224-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: rgreen     Page 1 of 2     Date Rcvd: Feb 13, 2015  
                   Form ID: pdf006     Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2015.

```
db             +Greckowski Construction Company, Inc.,    4921 Butterfield Rd.,    Hillside, IL 60162-1463
11654637       +BTM Electric, Inc.,    575 Berkshire Ln.,    Des Plaines, IL 60016-1019
12596313       +Barbara & Emre Kandemir,    c/o David A. Newby,    Johnson & Newby,
                 39 S. LaSalle St., Suite 820,    Chicago, IL 60603-1616
11654638       +Clingen Callow & McLean,    c/o Timothy M McLean,S A Marderosian,
                 2100 Manchester Rd., Ste. 1750,    Wheaton, IL 60187-4574
11654639       +Daniel Pitelka,    Plastering & Stucco, Inc.,    718 Prairie Ave.,    Downers Grove, IL 60515-3743
11654640        Delavan Flooring & Installation,    1205 Asbury Ct.,    Algonquin, IL 60102
11654641        Delavan Flooring & Installation,    1205 Ashbury Ct,    Aglonquin IL 60102
11654642       +Dennis Greco,    1S615 Nimitz Rd.,    Villa Park, IL 60181-4023
11654643       +Designers Drywall,    962 Grove St.,    Aurora, IL 60505-2838
11654644       +Done Right Radiant, Inc.,    4115 7th Ave.,    Kenosha, WI 53140-2854
11654645       +Donegal Disposals, LLC,    4240 Lacey Rd,    Downers Grove IL 60515-1838
11654646       +Donegal Excavating, Inc.,    5859 W. Ogden Ave.,    Cicero, IL 60804-3809
11654648       +Dutch Made, Inc.,    10415 Roth Rd.,    P.O. Box 310,    Grabill, IN 46741-0310
11654649        Englehard, Gordon and Greuel, Mary,    c/o Lowis & Gellen, LLP,    Chicago, IL 60606
11654650       +Fangmann & Fangmann,    6917 W. 31st St.,    Berwyn, IL 60402-2960
11654651       +Flooring Concepts by Design,    1018 E. Algonquin Rd.,    Algonquin, IL 60102-3065
11654652       +Foley, M. Jane,    111 Quail Dr.,    La Grange, IL 60525-3979
11654653        Forecast Heating & Cooling, Inc.,    P.O. Box 388,    Chicago Ridge, IL 60415-0388
11654655       +Fues, Jason and Maria,    620 Prairie Ave.,    Glen Ellyn, IL 60137-4034
11654656       +Greco Team Management, LLC,    4921 Butterfield Rd.,    Hillside, IL 60162-1463
11654657       +Grenel, Gordon and Mary,    153 N. Edgewood,    La Grange, IL 60525-1742
11654658       +Groot Industries, Inc.,    6912 W. 16th St.,    Berwyn, IL 60402-1341
11654659        Gurtner Plumbing, Inc.,    6912 W. 15th St.,    Berwyn, IL 60402
11654660       +Gypsum Supply Co.,    1125 Harrison Ave.,    Rockford, IL 61104-7293
11654661       +Hillside Lumber,    4234 W. Warren Ave.,    Hillside, IL 60162-1730
11654663        House of Doors, Inc.,    P.O. Box 147,    Brookfield, IL 60513-0147
11654665       +JRT Services, Inc.,    130 Andover Dr.,    Roselle, IL 60172-1674
11654664       +Jet Builders,    6325 W. Diversey,    Chicago, IL 60639-1045
11654666       +Kandemir, Emre and Barbara,    235 S. Peck,    La Grange, IL 60525-2170
11654667       +Meyer Co.,    1855 E. New York St.,    Aurora, IL 60502-8610
11654668       +North and South Concrete, Inc.,    10990 Archer Ave.,    Lemont, IL 60439-9343
11654669       +Oui Oui Enterprises, LLC,    1601 E. 130th St.,    Chicago, IL 60633-2396
11654670       +Patterson, Gage and Amy,    611 Western,    Glen Ellyn, IL 60137-4035
11654671       +Ridgeland Masonry,    P.O. Box 223,    Chicago Ridge, IL 60415-0223
11698342       +Scott Graff & DeAnne Graff,    c/o Rathje & Woodward Esq,    300 East Roosevelt Rd Ste 300,
                 Wheaton, IL 60187-1908
11654672       +Scott, Sue and,    506 Rodney St.,    Lockport, IL 60441-3347
11654674       +Trademark Electric,    273 Nuttall Rd.,    Riverside, IL 60546-1989
11654675        Wilkin Insulation Co.,    501 W. Carboy Rd.,    Mount Prospect, IL 60056-5791
13838961       +William G Engelhard,    Mary C Greuel,    153 N Edgewood Ave,    Lagrange IL 60525-1742
11654676       +Wm. F. Meyer Co.,    676 Roosevelt Rd.,    Glen Ellyn, IL 60137-5819
11654677       +Wright, Renee and,    4517 Statton,    Downers Grove, IL 60515-2927
11654678       +Zatec,    3141 N. Elm #3,    River Grove, IL 60171-3431
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11654662       +E-mail/Text: pgray@hinsdalebank.com Feb 14 2015 01:13:43     Hinsdale Bank and Trust,
                 25 E. First St.,    Hinsdale, IL 60521-4119
                                                                                              TOTAL: 1
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
12596317*       +Barbara & Emre Kandemir,    c/o David A. Newby,    Johnson & Newby,
                  39 S. LaSalle St., Suite 820,    Chicago, IL 60603-1616
11697549*       +Hinsdale Bank & Trust Company,    25 E. First St.,    Hinsdale, IL 60521-4119
11654647       ##+Drop Zone Portable Service, Inc.,    P.O. Box 964,    Frankfort, IL 60423-0964
11654654       ##+Freedman Anselmo Lindberg & Rappe,    1807 W. Diehl,    Ste. 333,    Naperville, IL 60563-1890
11654673       ##+Teller, Levit & Silvertrust, PC,    11 E. Adams St.,    Chicago, IL 60603-6324
                                                                                   TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1         User: rgreen              Page 2 of 2              Date Rcvd: Feb 13, 2015
                             Form ID: pdf006           Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2015                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2015 at the address(es) listed below:
              Brian M. Dougherty    on behalf of Creditor Marius and Cheryl  Daugvila bmd@gsrnh.com,
               kam@gsrnh.com
              Carl E Metz, II    on behalf of Defendant   Gurtner Plumbing, Inc. cmetz@falkmetz.com,
               nsteponik@falkmetz.com
              Colleen E McManus    on behalf of Trustee Norman B Newman cmcmanus@carlsondash.com,
               knoonan@carlsondash.com;kcarlson@carlsondash.com;asharp@carlsondash.com
              David R Herzog    on behalf of Trustee Norman B Newman drhlaw@mindspring.com,
               herzogschwartz@gmail.com
              David R Herzog    on behalf of Plaintiff Norman B. Newman, Trustee drhlaw@mindspring.com,
               herzogschwartz@gmail.com
              John A Lipinsky    on behalf of Debtor   Greckowski Construction Company, Inc.
               jlipinsky@comananderson.com,    khaskell@comananderson.com;kgord@comananderson.com
              Joseph R. Ziccardi    on behalf of Defendant   Hillside Lumber, Inc. jziccardi@ziccardilaw.com
              Norman B Newman    nnewman@muchshelist.com,   nsulak@muchshelist.com;IL83@ecfcbis.com
              Norman B Newman    on behalf of Plaintiff Norman B. Newman, Trustee nnewman@muchshelist.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy D. Elliott    on behalf of Creditor SCOTT & DEANNE  GRAFF telliott@rathjewoodward.com,
               nwinters@rathjewoodward.com;vlong@rathjewoodward.com
                                                                                             TOTAL: 11
```