**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 07 B 18224 |
| **GRECKOWSKI CONSTRUCTION** | ) | Hon.  Carol A. Doyle |
| **COMPANY, INC.** | ) | Hearing: Thurs., 3/12/15 |
| Debtor. | ) | at 10:30 a.m. |

## AMENDED NOTICE OF MOTION

To:    See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, March 12, 2015 at 10:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Carol A. Doyle or any other Judge sitting in her stead, in **Courtroom 742**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation and Expenses,** a copy of which is hereby served upon you.

  /s/ Norman B. Newman
Norman B. Newman, Trustee for the estate of Greckowski Construction Company, Inc.

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Phone: (312) 521-2000


## CERTIFICATE OF SERVICE

I, Norman B. Newman, an attorney, hereby certify that I served copies of the foregoing Notice together with attachments via electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filings to those individuals listed on the attached service list on March 10, 2015.

  /s/Norman B. Newman

5405815_1

## SERVICE LIST

Office of the U.S. Trustee
219 South Dearborn Street
Suite 873
Chicago, IL  60604

John Lipinsky
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, IL 60532

Kevin M. Carrara
Rathje & Woodward, LLC
300 E. Roosevelt Road
P.O. Box 786
Wheaton, IL 60189

Joseph Hudson
Assistant State's Attorney
69 W. Washington Street
Suite 930
Chicago, IL 60602

David R. Herzog
Herzog & Schwartz, P.C.
77 West Washington
Suite 1717
Chicago, IL  60602

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 07 B 18224 |
| GRECKOWSKI CONSTRUCTION | ) | Hon. Carol A. Doyle |
| COMPANY, INC. | ) | Hearing: Thurs., 3/12/15 |
| Debtor. | ) | at 10:30 a.m. |

**APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE**
**ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period January 18, 2008 through January 22, 2015. In support of this Application, Much Shelist respectfully states as follows:

1. On October 4, 2007, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was subsequently appointed, qualified and continues to serve as Trustee herein.

2. On January 31, 2008, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case. This application includes legal services rendered by the Trustee. Mr. Newman has taken care to distinguish his legal services from his Trustee services. Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services.

3. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this

5405815_1

case. To date, Much Shelist has received no amounts whatsoever for services it has rendered in this case.

4. Much Shelist provided 18.50 hours of services on behalf of Trustee during the time period covered by this application. The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | 8.10 hrs. | $520.00/hr. | $4,212.00 |
| Norman B. Newman | 1.70 hrs. | $540.00/hr. | 918.00 |
| Norman B. Newman | .50 hrs. | $570.00/hr. | 285.00 |
| Norman B. Newman | .70 hrs. | $595.00/hr. | 416.50 |
| Norman B. Newman | 1.70 hrs. | $605.00/hr. | 1,028.50 |
| Norman B. Newman | 1.90 hrs. | $625.00/hr. | 1,187.50 |
| Colleen E. McManus | 2.10 hrs. | $390.00/hr. | 819.00 |
| Colleen E. McManus | .80 hrs. | $400.00/hr. | 320.00 |
| Jeffrey L. Gansberg | .50 hrs. | $410.00/hr. | 205.00 |
| Jeffrey L. Gansberg | .50 hrs. | $420.00/hr. | 210.00 |
|  |  |  |  |
| **TOTAL:** | **18.50 hrs.** |  | **$9,601.50** |

5. Attached hereto as Exhibit "B" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

6. At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

7.     During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

A.     **General Administrative Matters (Tab B-1)**: A total of 12.70 hours of time was expended on General Administrative services. The major assets of this estate consisted of account receivables and possible preferential payment recoveries:

**Accounts Receivable**: Counsel reviewed Debtor's schedules and documentation pertaining to accounts receivable. Telephonic and written communications were had with Debtor's attorney to ascertain the collectability of the accounts receivable. Based on the information obtained, special counsel was hired to pursue the collection of the accounts receivable. After numerous demand letters were sent to account obligors and resulting discussions with the obligors and their attorneys, the Trustee determined that majority of the receivable obligors raised meritorious defenses. Thus, the majority of the receivables were uncollectible. A total of $4,000 was collected on a receivable involving a mechanic's lien filed against C.L. Daugvila by the Debtor.

**Preferential Recoveries**: The Debtor's schedules listed numerous payments made to creditors within the 90 days preceding the filing of this case. Counsel reviewed Debtor's bank account statements for payment information and communicated with special counsel regarding expanding his scope of employment to include the prosecution of possible preferential payments for the estate. Numerous telephonic and written communications were conducted with special counsel regarding the status of complaints filed, defenses raised and settlement offers. Time was also expended reviewing a motion and order to settle with Hillside Lumber. A total of $5,000 in preference recoveries was recovered for the estate.

The individuals who provided services in connection with General Administration and the time expended by them are as follows:

5405815_1

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 6.40 hrs. | $520.00/hr. | $3,328.00 |
| Norman B. Newman | .80 hrs. | $540.00/hr. | 432.00 |
| Norman B. Newman | .50 hrs. | $570.00/hr. | 285.00 |
| Norman B. Newman | .70 hrs. | $595.00/hr. | 416.50 |
| Norman B. Newman | 1.70 hrs. | $605.00/hr. | 1,028.50 |
| Norman B. Newman | .80 hrs. | $625.00/hr. | 500.00 |
| Colleen E. McManus | .70 hrs. | $390.00/hr. | 273.00 |
| Colleen E. McManus | .10 hrs. | $400.00/hr. | 40.00 |
| Jeffrey L. Gansberg | .50 hrs. | $410.00/hr. | 205.00 |
| Jeffrey L. Gansberg | .50 hrs. | $420.00/hr. | 210.00 |
|  |  |  |  |
| **TOTAL:** | **12.70 hrs.** |  | **$6,718.00** |

B.    **Employment of Professionals (Tab B-2)**:  A total of 4.20 hours of time was expended by Much Shelist with the preparation of pleadings and the appearances in Court on the Trustee's Motion to Employ Attorneys and Trustee's Motion to Employ Special Counsel to assist with the collection of accounts receivables and with the prosecution of preferential payments.  The individuals who provided services in connection with the employment of professionals and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 1.70 hrs. | $520.00/hr. | $884.00 |
| Norman B. Newman | .90 hrs. | $540.00/hr. | 486.00 |
| Colleen E. McManus | 1.10 hrs. | $390.00/hr. | 429.00 |
| Colleen E. McManus | .50 hrs. | $400.00/hr. | 200.00 |
|  |  |  |  |
| **TOTAL:** | **4.20 hrs.** |  | **$1,999.00** |

C.    **Claims Administration/Analysis (Tab B-3)**:  Much Shelist expended .50 hrs. communicating with creditors of the estate regarding claims and the status of the bankruptcy case.  The attorney who provided services in this category and the time expended by her is as follows:

5405815_1

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Colleen E. McManus | .30 hrs. | $390.00/hr. | $117.00 |
| Colleen E. McManus | .20 hrs. | $400.00/hr. | 80.00 |
| | | | |
| **TOTAL:** | **.50 hrs.** | | **$197.00** |

**D.     Fee Applications (Tab B-4)**:  Much Shelist expended 1.10 hrs. in connection with the preparation of this fee application.  The attorney who provided services in this category and the time expended by him is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 1.10 hrs. | $625.00/hr. | $687.50 |
| | | | |
| **TOTAL:** | **1.10 hrs.** | | **$687.50** |

8.     During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $56.10.  Attached hereto as Exhibit "C" is an itemization of Much Shelist's out-of-pocket expenses.  Much Shelist asserts that these out-of-pocket expenses were reasonable in its representation of the Trustee.

9.     The services rendered by Much Shelist as the Trustee's counsel have resulted in a benefit to this estate.  Unfortunately, if the fees requested are awarded in full, there will be no funds available for distribution to unsecured creditors.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1.     Granting this Application and awarding Much Shelist final compensation in the amount of $9,601.50 plus reimbursement of out-of-pocket expenses in the amount of $56.10 for services rendered during the period January 18, 2008 through January 22, 2015;

2.     Authorizing the Trustee to pay Much Shelist the compensation awarded forthwith as a Chapter 7 expense of administration of this estate; and

    3.    Granting such other and further relief as this Court deems just and appropriate.

**Much Shelist, P.C.**

By: /s/ Norman B. Newman
One of Its Attorneys

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000

5405815_1

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | **Chapter 7** |
| | ) | **Case No. 07 B 18224** |
| **GRECKOWSKI CONSTRUCTION** | ) | **Hon. Carol A. Doyle** |
| **COMPANY, INC.** | ) | **Hearing:** |
| **Debtor.** | ) | **at 10:00 a.m.** |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES

Name of Applicant:                                       Much Shelist, P.C.

Authorized to provide professional services to:          Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment:                    January 31, 2008

Period for which compensation is sought:                 01/18/08 through 01/22/15

Amount of fees sought:                                   $9,601.50

Amount of expense reimbursement sought:                  $56.10

Retainer previously received:                            $0.00

This is a(n):          Interim Application  __        Final Application  __X__

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated: 3/10/15                                           **MUCH SHELIST, P.C.**

                                                         By: /s/Norman B. Newman

5405815_1