# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: GRECKOWSKI CONSTRUCTION COMPANY, IN   §   Case No. 07-18224
§
§
Debtor(s)                                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $35,219.00                Assets Exempt:  N/A
*(without deducting any secured claims)*

Total Distribution to Claimants:$0.00       Claims Discharged
                                            Without Payment: N/A

Total Expenses of Administration:$9,402.64

3)  Total gross receipts of $    9,402.64    (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of  $9,402.64
from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $137,050.00 | $55,195.60 | $55,195.60 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,508.67 | 15,508.67 | 9,402.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 4,850.00 | 4,850.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 357,132.33 | 315,446.52 | 311,246.52 | 0.00 |
| **TOTAL DISBURSEMENTS** | $494,182.33 | $391,000.79 | $386,800.79 | $9,402.64 |

4) This case was originally filed under Chapter 7 on October 04, 2007. The case was pending for 90 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _04/14/2015_____   By: _/s/NORMAN NEWMAN_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 4,000.00 |
| OFFICE EQUIPMENT - DELL COMPUTER AND MONITOR | 1129-000 | 400.00 |
| PREFERENCE SETTLEMENT- HILLSIDE LUMBER | 1241-000 | 5,000.00 |
| Interest Income | 1270-000 | 2.64 |
| **TOTAL GROSS RECEIPTS** | | **$9,402.64** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | HINSDALE BANK & TRUST COMPANY | 4220-000 | 80,000.00 | 40,170.60 | 40,170.60 | 0.00 |
| 000010 | GURTNER PLUMBING, INC. | 4120-000 | 57,050.00 | 15,025.00 | 15,025.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$137,050.00** | **$55,195.60** | **$55,195.60** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | 2100-000 | N/A | 1,690.26 | 1,690.26 | 819.15 |
| David Herzog | 3991-000 | N/A | 2,983.33 | 2,983.33 | 2,983.33 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 56.10 | 56.10 | 27.19 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 9,601.50 | 9,601.50 | 4,653.17 |
| United States Bankrutpcy Court | 2700-000 | N/A | 250.00 | 250.00 | 121.16 |
| United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 121.16 |
| International Sureties, Ltd. | 2300-000 | N/A | 2.92 | 2.92 | 2.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 2.38 | 2.38 | 2.38 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | CLAIMS | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| THE BANK OF NEW YORK MELLON | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.88 | 1.88 | 1.88 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 0.33 | 0.33 | 0.33 |
| International Sureties, Ltd. | 2300-000 | N/A | 2.77 | 2.77 | 2.77 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.20 | 2.20 | 2.20 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,508.67 | $15,508.67 | $9,402.64 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | BARBARA & EMRE KANDEMIR | 5600-000 | unknown | 4,850.00 | 4,850.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $4,850.00 | $4,850.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002B | BARBARA & EMRE KANDEMIR | 7100-000 | unknown | 32,500.00 | 32,500.00 | 0.00 |
| 000003 | DESIGNERS DRYWALL | 7100-000 | 12,520.00 | 4,960.00 | 4,960.00 | 0.00 |
| 000004 | DELAVAN FLOORING & INSTALLATION | 7100-000 | 57,352.00 | 28,676.00 | 28,676.00 | 0.00 |
| 000005 | DONEGAL DISPOSALS, LLC | 7100-000 | 15,620.00 | 4,100.00 | 4,100.00 | 0.00 |
| 000006 | DONEGAL DISPOSALS, LLC | 7100-000 | 1,690.95 | 4,200.00 | 0.00 | 0.00 |
| 000007 | DANIEL PITELKA | 7100-000 | 11,600.00 | 5,700.00 | 5,700.00 | 0.00 |
| 000008 | SCOTT GRAFF & DEANNE GRAFF | 7100-000 | N/A | 153,050.63 | 153,050.63 | 0.00 |
| 000009 | CLINGEN CALLOW & MCLEAN | 7100-000 | 10,820.14 | 10,711.62 | 10,711.62 | 0.00 |
| 000011 | FORECAST HEATING & COOLING, INC. | 7100-000 | 15,600.00 | 9,060.00 | 9,060.00 | 0.00 |
| 000012 | WILLIAM G ENGELHARD | 7100-000 | unknown | 28,433.27 | 28,433.27 | 0.00 |
| 000013 | FUES, JASON AND MARIA | 7100-000 | unknown | 25,300.00 | 25,300.00 | 0.00 |
| 000014 | RIDGELAND MASONRY | 7200-000 | 15,910.00 | 8,755.00 | 8,755.00 | 0.00 |
| NOTFILED | JRT Services, Inc. | 7100-000 | 1,450.00 | N/A | N/A | 0.00 |
| NOTFILED | Englehard, Gordon and Greuel, Mary c/o Lowis & | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kandemir, Emre and Barbara | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jet Builders | 7100-000 | 24,248.00 | N/A | N/A | 0.00 |
| NOTFILED | House of Doors, Inc. | 7100-000 | 1,310.00 | N/A | N/A | 0.00 |
| NOTFILED | Groot Industries, Inc. | 7100-000 | 3,263.82 | N/A | N/A | 0.00 |
| NOTFILED | Hillside Lumber | 7100-000 | 82,405.00 | N/A | N/A | 0.00 |
| NOTFILED | Gypsum Supply Co. | 7100-000 | 4,876.33 | N/A | N/A | 0.00 |
| NOTFILED | Zatec | 7100-000 | 8,865.00 | N/A | N/A | 0.00 |
| NOTFILED | Wright, Renee and | 7100-000 | unknown | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Meyer Co. | 7100-000 | 2,621.82 | N/A | N/A | 0.00 |
| NOTFILED | Oui Oui Enterprises, LLC | 7100-000 | 716.00 | N/A | N/A | 0.00 |
| NOTFILED | North and South Concrete, Inc. | 7100-000 | 18,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Grenel, Gordon and Mary | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Scott, Sue and | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wm. F. Meyer Co. | 7100-000 | 2,551.48 | N/A | N/A | 0.00 |
| NOTFILED | Trademark Electric | 7100-000 | 2,855.00 | N/A | N/A | 0.00 |
| NOTFILED | Wilkin Insulation Co. | 7100-000 | 6,770.00 | N/A | N/A | 0.00 |
| NOTFILED | Patterson, Gage and Amy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Drop Zone Portable Service, Inc. | 7100-000 | 2,711.00 | N/A | N/A | 0.00 |
| NOTFILED | Greco Team Management, LLC | 7100-000 | 11,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fangmann & Fangmann | 7100-000 | 8,298.79 | N/A | N/A | 0.00 |
| NOTFILED | Flooring Concepts by Design | 7100-000 | 3,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Dutch Made, Inc. | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Done Right Radiant, Inc. | 7100-000 | 2,377.00 | N/A | N/A | 0.00 |
| NOTFILED | Foley, M. Jane | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Delevan Flooring & Installation c/o Teller | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BTM Electric, Inc. | 7100-000 | 27,750.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $357,132.33 | $315,446.52 | $311,246.52 | $0.00 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 07-18224 | **Trustee:** (330270) NORMAN NEWMAN |
| **Case Name:** GRECKOWSKI CONSTRUCTION COMPANY, IN | **Filed (f) or Converted (c):** 10/04/07 (f) |
| | **§341(a) Meeting Date:** 11/07/07 |
| **Period Ending:** 04/14/15 | **Claims Bar Date:** 04/28/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** <br> **(Scheduled And Unscheduled (u) Property)** <br><br> **Ref. #** | **Petition/** <br> **Unscheduled** <br> **Values** | **Estimated Net Value** <br> **(Value Determined By Trustee,** <br> **Less Liens, Exemptions,** <br> **and Other Costs)** | **Property** <br> **Abandoned** <br> **OA=§554(a)** | **Sale/Funds** <br> **Received by** <br> **the Estate** | **Asset Fully** <br> **Administered (FA)/** <br> **Gross Value of** <br> **Remaining Assets** |
| 1    BANK ACCOUNTS | 19.00 | 19.00 | | 0.00 | FA |
| 2    ACCOUNTS RECEIVABLE | 104,174.00 | 104,174.00 | | 4,000.00 | FA |
| 3    AUTOMOBILES AND OTHER VEHICLES | 29,000.00 | 0.00 | | 0.00 | FA |
| 4    DOMAIN NAME FOR BUSINESS | 0.00 | 0.00 | | 0.00 | FA |
| 5    OFFICE EQUIPMENT - DELL COMPUTER AND MONITOR | 0.00 | 0.00 | | 400.00 | FA |
| 6    INVENTORY | 6,200.00 | 6,200.00 | | 0.00 | FA |
| 7    PREFERENCE SETTLEMENT- HILLSIDE LUMBER (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| Int    INTEREST  (u) | Unknown | N/A | | 2.64 | FA |
| 8    **Assets**    **Totals** (Excluding unknown values) | **$144,393.00** | **$115,393.00** | | **$9,402.64** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Employed special counsel to pursue receivables and two preference complaints.  Awaiting settlement funds.

**Initial Projected Date Of Final Report (TFR):**    July 31, 2008        **Current Projected Date Of Final Report (TFR):**    February 12, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-18224 | **Trustee:** NORMAN NEWMAN (330270) |
| **Case Name:** GRECKOWSKI CONSTRUCTION COMPANY, IN | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****08-65 - Money Market Account |
| **Taxpayer ID #:** **-***2117 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 04/14/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/23/08 | {5} | Scott L. Cherry | Dell Computer DEPOSIT CHECK #2853 | 1129-000 | 400.00 | | 400.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.01 | | 400.01 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.05 | | 400.06 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.05 | | 400.11 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.05 | | 400.16 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.04 | | 400.20 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.05 | | 400.25 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.04 | | 400.29 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.03 | | 400.32 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 400.34 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 400.35 |
| 02/10/09 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2009 FOR CASE #07-18224, Bond #016026455 | 2300-000 | | 0.33 | 400.02 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 400.03 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 400.04 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 400.05 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 400.06 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 400.07 |
| 07/17/09 | {2} | C.L. DAUGVILA | ACCOUNT RECEIVABLE DEPOSIT CHECK #3886 | 1121-000 | 4,000.00 | | 4,400.07 |
| 07/21/09 | 1002 | David R. Herzog | Special Counsel Fees | 3991-000 | | 1,320.00 | 3,080.07 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 3,080.13 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,080.25 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,080.37 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,080.49 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,080.61 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,080.73 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,080.85 |
| 02/19/10 | 1003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2010 FOR CASE #07-18224, Bond #016026455 | 2300-000 | | 2.77 | 3,078.08 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 3,078.19 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,078.32 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.02 | | 3,078.34 |
| 04/06/10 | | Transfer to Acct #000960130865 | Bank Funds Transfer Wire out to BNYM | 9999-000 | | 3,078.34 | 0.00 |

| | Subtotals : | $4,401.44 | $4,401.44 |
|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 07-18224 | |
| **Case Name:** | GRECKOWSKI CONSTRUCTION COMPANY, IN | |
| **Taxpayer ID #:** | **-***2117 | |
| **Period Ending:** | 04/14/15 | |

| | |
|---|---|
| **Trustee:** | NORMAN NEWMAN (330270) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****08-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | account 000960130865 | | | | |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,401.44 | 4,401.44 | $0.00 |
| Less: Bank Transfers | 0.00 | 3,078.34 | |
| **Subtotal** | 4,401.44 | 1,323.10 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,401.44** | **$1,323.10** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-18224
**Case Name:** GRECKOWSKI CONSTRUCTION COMPANY, IN

**Taxpayer ID #:** **-***2117
**Period Ending:** 04/14/15

**Trustee:** NORMAN NEWMAN (330270)
**Bank Name:** THE BANK OF NEW YORK MELLON
**Account:** ****-******08-65 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Transfer from Acct #312960130865 | Bank Funds Transfer Wire out to BNYM account 000960130865 | 9999-000 | 3,078.34 | | 3,078.34 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 3,078.48 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 3,078.67 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 3,078.84 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 3,079.03 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 3,079.20 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,079.22 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,079.24 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,079.26 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,079.28 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,079.30 |
| 02/15/11 | 11004 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #07-18224, Bond #016026455 | 2300-000 | | 2.92 | 3,076.38 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,076.40 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,076.42 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,076.44 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,076.46 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,076.48 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,076.50 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,076.52 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,051.52 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,051.54 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,026.54 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,026.56 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,001.56 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,001.58 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,976.58 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,976.60 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,951.60 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,951.62 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,926.62 |
| 02/07/12 | 11005 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #07-18224, Bond#016026455 | 2300-000 | | 2.38 | 2,924.24 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,899.24 |
| | | | Subtotals : | | $3,079.54 | $180.30 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 07-18224 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | GRECKOWSKI CONSTRUCTION COMPANY, IN | | Bank Name: | THE BANK OF NEW YORK MELLON |
| | | | Account: | ****-******08-65 - Checking Account |
| Taxpayer ID #: | **-***2117 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/14/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,874.24 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,849.24 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,824.24 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,799.24 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,774.24 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,749.24 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,724.24 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,699.24 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,674.24 |
| 12/31/12 | | THE BANK OF NEW YORK MELLON | Bank Service Charge | 2600-000 | | 25.00 | 2,649.24 |
| 01/09/13 | | Transfer to Acct #2221644194 | Bank Funds Transfer | 9999-000 | | 2,649.24 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | ACCOUNT TOTALS | 3,079.54 | 3,079.54 | $0.00 |
| | Less: Bank Transfers | 3,078.34 | 2,649.24 | |
| | Subtotal | 1.20 | 430.30 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $1.20 | $430.30 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 07-18224 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | GRECKOWSKI CONSTRUCTION COMPANY, IN | | Bank Name: | ASSOCIATED BANK |
| | | | Account: | ********94 - Checking Account |
| Taxpayer ID #: | **-***2117 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/14/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/13 | | Transfer from Acct #000960130865 | Bank Funds Transfer | 9999-000 | 2,649.24 | | 2,649.24 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,639.24 |
| 02/15/13 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond #016026455 | 2300-000 | | 1.88 | 2,637.36 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,627.36 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,617.36 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,607.36 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,597.36 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,587.36 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,577.36 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,567.36 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,557.36 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,547.36 |
| 12/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,537.36 |
| 12/13/13 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | 9999-000 | | 2,537.36 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | | 2,649.24 | 2,649.24 | $0.00 |
| | | Less: Bank Transfers | | | 2,649.24 | 2,537.36 | |
| | | **Subtotal** | | | **0.00** | **111.88** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$111.88** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-18224 | **Trustee:** NORMAN NEWMAN (330270) |
| **Case Name:** GRECKOWSKI CONSTRUCTION COMPANY, IN | **Bank Name:** RABOBANK, N.A. |
| | **Account:** ******0966 - Checking Account |
| **Taxpayer ID #:** **-***2117 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 04/14/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/13 | | RABOBANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 2,537.36 | | 2,537.36 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,527.36 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,517.36 |
| 02/10/14 | 20101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2014 FOR CASE #07-18224, Bond #016026455 | 2300-000 | | 2.20 | 2,515.16 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,505.16 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,495.16 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,485.16 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,475.16 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,465.16 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,455.16 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,445.16 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,435.16 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,425.16 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,415.16 |
| 12/05/14 | {7} | Zicardi Law Offices | Settlement of Preference Action (unscheduled) | 1241-000 | 5,000.00 | | 7,415.16 |
| 12/18/14 | 20102 | David Herzog | Payment to Special Counsel pursuant to Order dated 9-30-08 plus $13.33 balance owed from settlement - Order dated 5-21-09 | 3991-000 | | 1,663.33 | 5,751.83 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,741.83 |
| 02/11/15 | 20103 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #07-18224, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 2.12 | 5,739.71 |
| 02/11/15 | 20103 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #07-18224, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -2.12 | 5,741.83 |
| 03/13/15 | 20104 | NORMAN B. NEWMAN, TRUSTEE | Dividend paid  48.46% on $1,690.26, Trustee Compensation;  Reference: | 2100-000 | | 819.15 | 4,922.68 |
| 03/13/15 | 20105 | MUCH SHELIST, P.C. | Dividend paid  48.46% on $56.10, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 27.19 | 4,895.49 |
| 03/13/15 | 20106 | MUCH SHELIST, P.C. | Dividend paid  48.46% on $9,601.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,653.17 | 242.32 |
| 03/13/15 | 20107 | United States Bankruptcy Court | Dividend paid  48.46% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 121.16 | 121.16 |

| | Subtotals : | $7,537.36 | $7,416.20 |
|---|---|---|---|

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| | |
|---|---|
| **Case Number:** | 07-18224 |
| **Case Name:** | GRECKOWSKI CONSTRUCTION COMPANY, IN |
| **Taxpayer ID #:** | **-***2117 |
| **Period Ending:** | 04/14/15 |

| | |
|---|---|
| **Trustee:** | NORMAN NEWMAN (330270) |
| **Bank Name:** | RABOBANK, N.A. |
| **Account:** | ******0966 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/13/15 | 20108 | United States Bankrutpcy Court | Dividend paid  48.46% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 121.16 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 7,537.36 | 7,537.36 | **$0.00** |
| Less: Bank Transfers | | 2,537.36 | 0.00 | |
| **Subtotal** | | 5,000.00 | 7,537.36 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$5,000.00** | **$7,537.36** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****08-65** | 4,401.44 | 1,323.10 | 0.00 |
| **Checking # ****-******08-65** | 1.20 | 430.30 | 0.00 |
| **Checking # *******94** | 0.00 | 111.88 | 0.00 |
| **Checking # ******0966** | 5,000.00 | 7,537.36 | 0.00 |
| | $9,402.64 | $9,402.64 | $0.00 |